NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHELLE POSTASKI,                )
                                  )
        Appellant,                )
                                  )
v.                                )        Case No. 2D17-763
                                  )
STATE OF FLORIDA,                 )
                                  )
        Appellee.                 )
_____)

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Collier
County; Christine Greider, Judge.

Keith W. Upson of The Upson Law Group,
P.L., Naples, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.